# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL WARREN and JASON SWIDERSKI** | : | **CIVIL ACTION** |
| *Plaintiffs - pro se* | : | |
| | : | **NO. 16-1089** |
| v. | : | |
| **NORTHAMPTON COUNTY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of February 2019, upon consideration of Defendants' *motion to dismiss Plaintiff's second amended complaint for failure to prosecute*, [ECF 89], to which no response has been filed by Plaintiff Jason Swiderski, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is **GRANTED**, and this matter is **DISMISSED** for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*